In the Matter of the Dissolution of THE BONNIE-B CO., INC., BEATRICE SILVERBERG and Others and ISIDORE SILVERBERG. In the Matter of the Dissolution of CONDÉ, LTD., BEATRICE SILVERBERG and Others and ISIDORE SILVERBERG. — Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.